PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Jesus Esteban Alvarado | Case Number: | 1:14CR00011-002 |

Name of Sentencing Judge:   The Honorable U.S. District Judge Andrew S. Hanen

Date of Original Sentence:   April 14, 2015

Original Offense:   Possession with intent to distribute a quantity more than 100 kilograms, that is, approximately 792.6 kilograms of marihuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2.

Original Sentence:   Sixty-six (66) months custody of the U.S. Bureau of Prisons, followed by a five (5)-year term of supervised release.

Type of Supervision:   Supervised Release         Supervision Started:   December 8, 2017

Supervision Expires:   December 7, 2022

### EARLIER COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **Mandatory Condition:  New Law Violation – Reckless Driving** |

On or about April 11, 2020, in Alamo, Hidalgo County, Texas, within the Southern District of Texas, Jesus Estevan Alvarado violated the Mandatory Condition of supervision by committing the offense of reckless driving, a Class C misdemeanor, in violation of Texas Transportation Code § 545.401.

According to a citation from the Texas Department of Public Safety (DPS), on April 11, 2020, at 12:51 p.m., DPS Trooper R. Alvarado, conducted a traffic stop on a 2020 GMC truck, as the driver was speeding (speed unknown) and driving recklessly in light traffic, near U.S. Highway

Alvarado, Jesus Esteban
Dkt. No. 1:14CR00011-002
Page 2

83, and Alamo Road, in Alamo, Texas. The Trooper established contact with the driver, who identified himself as the Releasee, Jesus Esteban Alvarado. Mr. Alvarado was cited for reckless driving and given a warning for speeding. No other details of the offense were available from DPS as an incident report was not prepared due to the Mr. Alvarado's instanter arrest at the time the citation was issued.

During a telephone call with Mr. Alvarado, on April 13, 2020, he advised USPO Celina Guerra that at the time of the incident he was working, and driving his employer's vehicle, a 2020 GMC truck. He stated that the trooper advised him he was driving 100 miles per hour, but he informed the trooper that it was not possible as the vehicle's maximum speed limit is 95 miles per hour. He admitted that he was speeding, but not at that rate. Mr. Alvarado reported that he was arrested for the reckless driving charge, and on the same date he was released from the Hidalgo County, Texas, Jail, after he paid a $1,000 cash/surety bond. According to the Hidalgo County Clerk's Office, a court date has not been set.

Mr. Alvarado has advised that he is very remorseful for his actions, and he stated that such non-compliance will not occur again.

**U.S. Probation Officer Action:**

The Releasee, who was forthright in reporting the violation, has expressed his remorse and understands the graduated sanctions should his noncompliance continue. Mr. Alvarado commenced his Supervised Release term on December 8, 2017, and during his time under supervision he has not presented any issues or concerns. He is gainfully employed and maintains a stable residence. For these reasons, it is respectfully requested that no further action be taken at this time, but that the Court reserve the right to address the violation at a later date.

Approved:

_____
Alfonso J. Liguez, Supervising
United States Probation Officer
June 8, 2020

Respectfully submitted,

By: _____
Celina A. Guerra
United States Probation Officer
PACTS #17320
USPO CAG

[ ]   Court Concurs with Recommended Action

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other:   _____

*Fernando Rodriguez, Jr.*
_____

_June 29, 2020_____

Date